UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

CIVIL ACTION NO.: 3:06-1726-(Judge Marchant)

| | |
|---|---|
| Estate of Woodrow D. Marriott, deceased, by David C. Marriott, Personal Representative ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER PURSUANT TO DEFENDANT'S CONFESSION OF JUDGMENT** (NON JURY) |
| Wilhelmina M. Combs ) ) | |
| Defendant. ) ) | |

The undersigned Defendant, Wilhelmina M. Combs, formerly known as Wilhelmina M. McEwan, as Judgment Debtor, herewithin confesses, acknowledges and agrees to judgment in favor of Plaintiff, Estate of Woodrow D. Marriott, deceased, by David C. Marriott, Personal Representative, as Judgment Creditor, in the amount of One Hundred Fifty Thousand and No/100 Dollars ($150,000.00).

The Defendant Combs acknowledges the amount of the said judgment as of and through October 7, 2008 and further acknowledges that same shall bear interest from said date at the rate applicable to federal civil judgments and thereafter, such interest shall be added to and collectible as a part of the judgment amount.

The Defendant Combs further acknowledges hereby that the determination of said judgment amount as of October 7, 2008 is determinative of certain payment obligations from Judgment Debtor to Judgment Creditor owed as a result of Plaintiff paying to Bank of America certain obligations of Defendant under a guaranty which are now owed by Defendant to Plaintiff as were generally alleged in the Complaint in this action.

This Confession of Judgment is pursuant to an agreement between the parties whereby the Plaintiff and Defendant have settled this lawsuit. Pursuant to this Confession of Judgment of Defendant, the Plaintiff and Defendant, and their attorneys, request that the Court should enter judgment in this action in the amount confessed plus interest as stated.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Plaintiff, Estate of Woodrow D. Marriott, deceased, by David C. Marriott, Personal Representative, recover of the Defendant, Wilhelmina M. Combs, formerly known as Wilhelmina M. McEwan, the sum of One Hundred Fifty Thousand and no/100 ($150,000.00) Dollars, with pre-judgment interest to accrue at the rate of 1.12 % percent per annum from October 7, 2008 through the date the judgment is recorded, stipulated to be for computation purposes, on November 30, 2008, and with post judgment interest to accrue from the date the judgment is recorded at the rate applicable to federal civil judgments on said date and thereafter, per annum until the date said judgment is paid.

**IT IS SO ORDERED.**

_____
Bristow Marchant, United States Magistrate Judge

December 29, 2008
Charleston, SC

Dec. 22, 2008
Columbia, South Carolina

I hereby confess judgment as stated above and consent to the entry of said judgment as stated herein.

_____(s)
Wilhelmina M. Combs, formerly known as Wilhelmina M. McEwan

Date Signed: 12-22-08

2

I hereby consent to this judgment as stated above and the entry of said judgment as stated herein.

_____(s)
Vincent A. Sheheen, Attorney for Defendant


I hereby consent to this judgment as stated above and the entry of said judgment as stated herein.

_____(s)
Stephen A. Husman, Attorney for Plaintiff

Cola 980008v1

3